IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| ARGELIA VILLARREAL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | DR-15-cv-053-AM-VPG |
| STANDARD GUARANTY INSURANCE | § | |
| COMPANY and MICHAEL EDWARDS, | § | JURY |
| | § | |
| Defendants. | § | |

**JOINT STIPULATION TO REMAND**

COMES NOW, Plaintiff Argelia Villarreal and Defendant Standard Guaranty Insurance Company (the "Parties") and files this Joint Stipulation to Remand and state that:

1. Standard Guaranty removed this case on May 28, 2015, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.

2. Plaintiff Argelia Villareal filed a Motion to Remand [docket no. 10] on July 22, 2015.

3. The Parties agree to stipulate to remand of this case back to the 293rd Judicial District Court of Maverick County, Texas.

4. Plaintiff Argelia Villarreal stipulates that (1) damages in the above entitled action do not exceed $75,000.00, (2) that she will not seek an award that exceeds $75,000.00, exclusive or interest and cost, and (3) that she will not accept any award that exceeds $75,000.00. exclusive or interest and cost. Upon remand to the 293rd Judicial District Court of Maverick County, Texas, this stipulation shall be binding upon Plaintiff.

WHEREFORE, the Parties pray that this Court take notice of the Parties' Joint Stipulation to Remand, and remand this case to the 293rd Judicial District Court of Maverick County, Texas.

1

    Respectfully submitted,

EDISON, MCDOWELL & HETHERINGTON, LLP

By: /s/   David T. McDowell
    David T. McDowell
    State Bar No. 00791222
Phoenix Tower
3200 Southwest Freeway
Suite 2100
Houston, Texas 77027
Telephone: (713) 337-5580
Facsimile:  (713) 337-8850
*Attorney-in-Charge for Defendant Standard Guaranty Insurance Company*

Of Counsel:

Bradley J. Aiken
State Bar No. 24059361
Federal Bar No. 975212
Justin M. Kornegay
State Bar No. 24077668
Federal Bar No. 1717328
EDISON, MCDOWELL & HETHERINGTON, LLP
Phoenix Tower
3200 Southwest Freeway
Suite 2100
Houston, Texas 77027
Telephone: (713) 337-5586
Facsimile:  (713) 337-8850

-and-

/s/ Wes Holland
William N. Allan, IV.
State Bar No. 24012204
Wes Holland
State Bar No. 24007379
ALLAN, NAVA & GLANDER, PLLC
825 W. Bitters Road, Suite 102
San Antonio, Texas 78216
Telephone: (210) 305-4220
Telecopier: (210) 305-4219
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served on all parties through their counsel of record via the Court's CM/ECF system, on July 29, 2015.

Allan, Nava, Glander & Holland, PLLC
Wes Holland
William N. Allan, IV
825 W. Bitters Road, Suite 102
San Antonio, Texas  78216
Telephone: (210) 305-4220
Facsimile:  (210) 305-4219
serveone@ANGlawfirm.com

/s/  *Justin M. Kornegay*
      Justin M. Kornegay