IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
2015 OC -6 PM 3: 03
WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE
BY:_____ DEPUTY

| | |
|---|---|
| ARGELIA VILLARREAL,<br>Plaintiff,<br><br>v.<br><br>STANDARD GUARANTY<br>INSURANCE COMPANY and<br>MICHAEL EDWARDS,<br>Defendants. | §<br>§<br>§  CIVIL ACTION NO.<br>§  DR-15-CV-053-AM/VPG<br>§<br>§<br>§<br>§ |

## ORDER

Pending before the court is Plaintiff's and Defendants' Joint Stipulation to Remand. (ECF No. 11.) The Court having considered the pleadings and the agreement of counsel finds that said motion should be **GRANTED**.

IT IS THEREFORE **ORDERED** that this action is hereby remanded to the 293rd Judicial District Court of Maverick County, Texas.

SIGNED this 6th day of October 2015.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE