AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
# Western District of Texas



ARGELIA VILLARREAL,,
Plantiff,

JUDGMENT IN A CIVIL CASE

v.

STANDARD GUARANTY
INSURANCE COMPANY and
MICHAEL EDWARDS,
Defendants,

CASE NUMBER:   DR-15-CV-053-AM/VRG

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pending before the court is Plaintiff's and Defendants' Joint Stipulation to Remand. (ECF No. 11.) The Cciurt having considered the pleadings and the agreement of counsel finds that said motion should be GRANTED. IT IS THEREFORE ORDERED that this action is hereby remanded to the 293rd Judicial District Court of Maverick County, Texas.

| 10/07/2015 | Jeannette J. Clack |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |